UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE


**United States of America**

    **v.**                                                            Case No. 07-cr-62-PB

**Ray McMillan**


**O R D E R**


The defendant, through counsel, has moved to continue the December 4, 2007 trial in the above case, citing the need for additional time to complete discovery and hold a hearing on the defendant's motion to suppress prior to trial. The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from December 4, 2007 to February 5, 2008. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

    The November 27, 2007 final pretrial conference is continued to January 31, 2008 at 4:15 p.m.

    SO ORDERED.

                                              /s/Paul Barbadoro
                                            Paul Barbadoro
                                            United States District Judge

November 27, 2007

cc:  Michael Iacopino, Esq.
     Peter Papps, AUSA
     United States Probation
     United States Marshal