```
             UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

   **v.**                                              Case No. 07-cr-62-PB

**Ray McMillan**


**O R D E R**

   The defendant, through counsel, has moved to continue the May 6, 2008 trial in the above case to allow time to negotiate a plea agreement or prepare for trial.  The government does not object to a continuance of the trial date.

   Accordingly, for the above reasons, the court will continue the trial from May 6, 2008 to July 8, 2008.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

   The April 29, 2008 final pretrial conference is continued to June 23, 2008 at 4:15 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

April 24, 2008

cc:  Michael Iacopino, Esq.
     Peter Papps, AUSA
     United States Probation
     United States Marshal