```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                             Case No. 07-cr-62-PB

**Ray McMillan**

**O R D E R**

The defendant, through counsel, has moved to continue the July 8, 2008 trial in the above case, citing the need for additional time to finalize a plea agreement.  The government does not object to a continuance of the trial.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from July 8, 2008 to August 19, 2008.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

June 25, 2008

cc: Michael Iacopino, Esq.
 Peter Papps, AUSA
 United States Probation
 United States Marshal